```
           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF GEORGIA
                 ATLANTA DIVISION
```

| | |
|---|---|
| SOLOMON M. MUSTAFA, BOP Reg. # 62831-019,<br><br>    Movant<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CRIMINAL ACTION<br><br>NO. 1:11-CR-234-1-CAP<br><br>CIVIL ACTION<br>NO. 1:15-CV-3194-CAP |

O R D E R

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, the  7th  day of April, 2017.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge